# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Jahlil I kure<br>*Plaintiff(s)*<br>v.<br>AMERICAN EXPRESS NATIONAL BANK<br>*Defendant(s)* | ) | Civil Action No. 3:26-CV-822 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Express National Bank
c/o CT Corporation System
160 Mine Lake Ct, Ste 200
Raleigh, NC 27615-6417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Put it exactly like this:

Jahlil I. Kure, Pro Se
7120 South Line Drive, Apt. 501
Charlotte, NC 28217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/30/2026

_______________________
*Signature of Clerk or Deputy Clerk*

**Civil Action No.**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

**______________________________**

**was received by me on *(date)* ______________________________.**

- ❑ **I personally served the summons on the defendant at *(place)*______________________________ on *(date)* ______________________________; or**

- ❑ **I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or**

- ❑ **I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or**

- ❑ **I returned the summons unexecuted because ______________________________; or**

- ❑ **Other *(specify)*:**

  **______________________________**

**My fees are $ ______________ for travel and $ ______________ for services, for a total of $______________.**

**I declare under penalty of perjury that this information is true.**

**Date:______________________________**

______________________________
**Server's signature**

______________________________
**Printed name and title**

______________________________
**Server's address**

**Additional information regarding attempted service, etc:**